United States District Court
Southern District of Texas
**ENTERED**
February 02, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| SARAH PALMQUIST, *et al.*, | § | |
| | § | |
| *Plaintiffs,* | § | |
| VS. | § | NO. 3:21-CV-90 |
| | § | |
| THE HAIN CELESTIAL GROUP, INC., | § | |
| *et al.*, | § | |
| | § | |
| *Defendants.* | § | |

## **ORDER**

On this day, the court a conducted pretrial conference in the above-captioned case. Having considered the pleadings, applicable law, and parties' arguments, the court announces its rulings on pending motions in limine and motions to exclude.

| Docket # | Ruling |
|---|---|
| 62 | Granted as to loss-of-consortium damages as agreed. Denied on all other grounds. |
| 63 | Denied. |
| 85 | Denied. |
| 86 | Denied. |
| 87 | Denied. |
| 88 | Granted as to the Palmquists but permissible within reason on cross-examination of expert witnesses. |
| 89 | Granted as to Dr. Palmquist's treatments. Denied as to all other treatments. |
| 90 | Granted. |
| 91 | Granted. |
| 92 | Granted. |
| 93 | Granted. |
| 94 | Denied. |
| 95 | Granted . |
| 116 | Granted. |

Signed on Galveston Island this 2nd day of February, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE