United States District Court
Southern District of Texas
**ENTERED**
March 03, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| SARAH PALMQUIST, *et al.*, | § | |
| *Plaintiffs*, | § § § | |
| VS. | § § | NO. 3:21-CV-90 |
| THE HAIN CELESTIAL GROUP, INC., | § § § | |
| *Defendant.* | § § | |

## FINAL JUDGMENT

On February 6, 2023, the court seated a jury in this case and commenced trial on the merits. On February 17—after the plaintiffs had rested—the court heard, considered, and orally granted in its entirety the defendant's motion for judgment as a matter of law under Fed. R. Civ. P. 50(a). Accordingly, the court renders judgment in the defendant's favor, ruling that the plaintiffs take nothing by way of their claims. The court likewise assesses all taxable court costs in the defendant's favor and against the plaintiffs. All relief not expressly granted herein is denied.

Signed on Galveston Island this 3rd day of March, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE