United States District Court
Southern District of Texas
**ENTERED**
September 25, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| SARAH PALMQUIST, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | 3:21-cv-90 |
| | § | |
| THE HAIN CELESTIAL GROUP, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## **ORDER**

Pursuant to the order from the Fifth Circuit Court of Appeals, Dkt. 462, it is ORDERED that the above-captioned case shall be remanded to the 149th Judicial District Court of Brazoria County, Texas. The District Clerk is directed to transmit the file to the District Clerk of Brazoria County, Texas.

Signed on Galveston Island this 25th day of September, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE